# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**KENNETH JOHNSON,**

    *Petitioner,*

v.                                         **CASE NO. 1:13-cv-00185-MP-GRJ**

**SECRETARY DEPARTMENT OF CORRECTIONS,**

    *Respondent.*

_____/

## **O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 19, 2016. ECF No. 17. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After this Court granted leave for Petitioner to file clarifications, ECF No. 19, Petitioner timely filed objections. ECF No. 20. I have made a *de novo* review based on those objections.

    Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 17, is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3. A certificate of appealability is **DENIED.**

4. The clerk is directed to close the file.

   **SO ORDERED on September 23, 2016.**

   <u>s/Mark E. Walker</u>
   **United States District Judge**